358 U.S. 43 (1958)
GEO. F. ALGER CO.
v.
BOWERS, TAX COMMISSIONER OF OHIO.
No. 65.
Supreme Court of United States.
Decided October 13, 1958.
APPEAL FROM THE SUPREME COURT OF OHIO.
Edmund M. Brady, Taylor C. Burneson and Paul D. Miller for appellant.
William Saxbe, Attorney General of Ohio, Hugh A. Sherer, Chief Counsel, and John M. Tobin, Assistant Attorney General, for appellee.
PER CURIAM.
The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.